1
2
3
4
5
6
7
8
9
10                    IN THE UNITED STATES DISTRICT COURT
11                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12
13   JOSEPH DANNY PROPHET,             1:07-cv-01598-LJO-WMW (HC)
14            Petitioner,
15      vs.
16   KEN CLARK,
17            Respondent.              ORDER OF TRANSFER
18   _____/
19       Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to
20   28 U.S.C. § 2254.
21       The petitioner is challenging a conviction from Sacramento County, which is part of the
22   Sacramento Division of the United States District Court for the Eastern District of California.
23   Therefore, the petition should have been filed in the Sacramento Division.
24       Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the
25   proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this
26

1

1  action will be transferred to the Sacramento Division.

2  Good cause appearing, IT IS HEREBY ORDERED that:

3  1. This action is transferred to the United States District Court for the Eastern District of
4  California sitting in Sacramento; and

5  2. All future filings shall reference the new Sacramento case number assigned and shall
6  be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

**Dated:   November 6, 2007**          /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE